|   |   |
|---|---|
| 1 | KYMBERLY E. SPEER (SBN 121703) |
|   | ELIZABETH D. RHODES (SBN 218480) |
| 2 | KENNEY & MARKOWITZ L.L.P. |
|   | 255 California Street, Suite 1300 |
| 3 | San Francisco, CA 94111 |
|   | Telephone:  (415) 397-3100 |
| 4 | Facsimile:  (415) 397-3170 |
| 5 | Attorneys for Defendant |
|   | NORTHWEST AIRLINES, INC. |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – E-FILING

| BARBARA JOHNSON, | CASE NO. |
|---|---|
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. |   |
| NORTHWEST AIRLINES, INC., et al., | Complaint Filed: July 9, 2007 |
| Defendant. | Answer Filed: March 11, 2008 |

CV 08 2272 EDL

Pursuant to Rule 3-16 of the Civil Local Rules ("Rule 3-16"), the undersigned counsel of record for defendant Northwest Airlines, Inc., certifies that it knows of no Interested Entities or Persons as defined by Rule 3-16 other than the named parties to the action.

Respectfully submitted,

DATED: April 30, 2008

**KENNEY & MARKOWITZ L.L.P**

By: _____
KYMBERLY E. SPEER
ELIZABETH D. RHODES
Attorneys for Defendant
NORTHWEST AIRLINES, INC.

{31199.302014 0133419.DOC}

-1-
CERTIFICATE OF INTERESTED PARTIES;
CASE NO.

*Barbara Johnson v. Northwest Airlines, Inc., et al.*
San Francisco Superior Court, # CGC-07-464962;

## PROOF OF SERVICE

[C.C.P.§2008, F.R.C.P. Rule 5]

I, the undersigned, state:

My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

## CERTIFICATE OF INTERESTED PARTIES

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael Cohen, Esq.
ATTORNEY AT LAW
1126 ½ Delaware
Berkeley, CA 94702
Fax:   510-525-9615
Email: mikecohen@sprintmail.com

[X]   BY FIRST CLASS MAIL – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ]   BY PERSONAL SERVICE – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ]   BY OVERNIGHT MAIL – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ]   BY FACSIMILE – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: May 1, 2008

_____
JANIE CROWLEY

Kenney & Markowitz L.L.P.

{31199.302014 0128949.DOC}