UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - E-FILING

BARBARA JOHNSON

        Plaintiff(s),

v.

NORTHWEST AIRLINES, INC., et al.

        Defendant(s).

No. C 08-02272 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 15, 2008

KENNEY & MARKOWITZ

Signature

KYMBERLY E. SPEER
ELIZABETH D. RHODES
Counsel for Defendant
(Plaintiff, Defendant or indicate "pro se")

NDC-07