Michael Cohen - #98066
LAW OFFICES OF BRUCE E. KRELL
345 Grove Street
San Francisco, CA 94102
415/861-4414
Fax: 415/431-4526

Attorney for Plaintiff

UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Johnson, | No. C0802272EDL |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO NARROW SUBPENAE DUCES TECUM |
| vs. | |
| Northwest Airlines, Inc et al, | DATE: 7/22/08 |
| Defendant. | TIME: 9:00 A.M. |
| _____/ | DEPT: Courtroom "E", 15th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS:

NOTICE IS HEREBY GIVEN that on July 22, 2008, at 9:00 A.M., or as soon thereafter as the matter may be heard, in Courtroom "E", of this Court, located on the 15th Floor at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff will move for an order that Defendant narrow the subpenae duces tecum directed to health care providers Plaintiff has visited for conditions other than those directly related to the injuries and/or conditions she has tendered herein.

The motion will be based on this Notice of Motion, on the Declaration of Michael Cohen and the Memorandum of Points and Authorities served and filed herewith, on the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing of the motion.

DATED: June 13, 2008

                                              /S/
                                        MICHAEL COHEN

Notice of Motion to Narrow Subpenae Duces Tecum