Michael Cohen - #98066　　　　　　　　　　E-filing
LAW OFFICES OF BRUCE E. KRELL
345 Grove Street
San Francisco, CA 94102
415/861-4414
Fax: 415/431-4526

Attorney for Plaintiff

UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA

Barbara Johnson,　　　　　　　　　　No. C0802272EDL

　　　Plaintiff,　　　　　　　　　　CONSENT TO PROCEED BEFORE A UNITED STATES
　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE

vs.

Northwest Airlines, Inc et al,

　　　Defendant.
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: June 13, 2008

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　MICHAEL COHEN

Consent to Proceed Before a United States Magistrate Judge