1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   BARBARA JOHNSON,                        No. C-08-02272 EDL

9          Plaintiff,                       **ORDER PURSUANT TO LOCAL RULE
                                            3-12(c)**

10     v.

11  NORTHWEST AIRLINES,

12          Defendant.
    _____/

13

14        Defendants' petition for removal notes that Plaintiff originally filed identical complaints in

15  the Superior Courts of the State of California that were removed to the Northern District of

16  California, and that the Honorable Vaughn R. Walker held that all three removed cases were related

17  (case numbers 07-4036 VRW, 07-4044 VRW, and 07-4045 VRW) and remanded the cases to state

18  court.  See Petition for Removal at 2.  Defendants now contend that this matter is removable, and

19  removed the matter in this case pending before this Court.

20        Because it appears that this case may be related to the previous cases filed before the

21  Honorable Vaughn R. Walker, pursuant to Civil Local Rule 3-12(c), this Court hereby refers this

22  case to Judge Walker to determine whether the cases are related.

23        **IT IS SO ORDERED.**

24

25  Dated: June 16, 2008

26                                          _____
                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge
27

28

*United States District Court*
*For the Northern District of California*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California