MICHAEL COHEN  Attorney at Law

| | |
|---|---|
| 1126½ Delaware | 345 Grove Street |
| Berkeley, CA 94702 | San Francisco, CA 94102 |
| 510/559-8707 | 415/861-4414 |
| FAX: 510/525-9615 | FAX: 415/431-4526 |
| email: mikecohen@sprintmail.com | email: m_b_cohen@yahoo.com |

Plaintiff Requests a Jury

September 2, 2008                              by electronic filing

Hon. Vaughn R. Walker
United States Court, Northern District of California
450 Golden Gate Avenue, Courtroom 6, 17th Floor
San Francisco, CA 94102

Re: Johnson v. Northwest Airlines, Case No. C0802272VRW

Dear Judge Walker:

Pursuant to Standing Order 1.5, this letter is to request leave to move to conduct discovery prior to the initial case management conference, and/or otherwise to enlist the Court's assistance toward that end.  The issue is as follows:

This case has been subject to numerous extraordinary procedural events, including (a) removal, (b) consolidation among various judge magistrates, (c) rejection by the defense of all the judge magistrates, (d) transfer to Your Honor, (e) remand *sua sponte*, (f) an unsuccessful motion to have the case dismissed because of the defense's pending bankruptcy proceeding, (g) unsuccessful motions by the defense for change of venue in state court, (h) consolidation in state court, (i) discovery motions in state court, (j) re-removal, and (k) re-transfer to Your Honor.  This procedural morass, along with other circumstances relevant to sole practice, have resulted in delaying the start of Plaintiff's discovery; and now, when the case has finally found a permanent court, Plaintiff is prevented from starting discovery by the rule preventing discovery until after the case management conference, although the defense already has done most of their basic discovery.

I asked defense counsel if they would agree to Plaintiff conducting discovery before the case management conference, but they refused.  Therefore, this letter.

Very truly yours,



/S/



MICHAEL COHEN