MICHAEL COHEN  Attorney at Law

1126½ Delaware                                                                    345 Grove Street
Berkeley, CA 94702                                                  San Francisco, CA 94102
510/559-8707                                                                          415/861-4414
FAX: 510/525-9615                                                             FAX: 415/431-4526
email: mikecohen@sprintmail.com                         email: m_b_cohen@yahoo.com


Plaintiff Requests a Jury


September 4, 2008                              by electronic filing

Hon. Vaughn R. Walker
United States Court, Northern District of California
450 Golden Gate Avenue, Courtroom 6, 17th Floor
San Francisco, CA 94102

Re: Johnson v. Northwest Airlines, Case No. C0802272VRW

Dear Judge Walker:

I am forced to write this letter in order to correct a particularly egregious misleading statement in opposing counsel's letter of even date, as follows:  In light of Plaintiff's complete responses to (a) Form Interrogatories, (b) Special Interrogatories, (c) Requests for Admission, and (d) Requests for Production, it is impossible to square opposing counsel's statement that ". . . *the parties are in the same place with regard to discovery:  So far neither side has any information of substance*" with the truth.

Very truly yours,



/S/



MICHAEL COHEN