IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
BARBARA JOHNSON,                      No   C 08-02272 VRW

          Plaintiff,                       ORDER

     v

NORTHWEST AIRLINES, INC et al,

          Defendant.
                                   /
```

    Defendant Northwest Airlines submitted to the court a series of letters between the attorneys of both parties regarding plaintiff Barbara Johnson's objections to Northwest's medical records subpoenas. Doc #27-2. In these letters, plaintiff's counsel has not made an adequate showing that the medical records whose production defendants have sought are privileged, not relevant or protected by the privacy protections of state law. Accordingly, with respect to each writing, recording or photograph referred to in plaintiff counsel's letters dated October 2 and 17

1 and November 2, 2008, and withheld from production or to which
2 production was objected, plaintiff's counsel not later than
3 December 2 shall:

4     (1) Show good cause for withholding production or
5 objecting to production of said writings, recordings or photographs
6 in a writing filed with the court with copies served on all other
7 parties; and

8     (2) With respect to any writing, recording or photograph
9 withheld from production or to which production is objected or a
10 claim of privilege or trial preparation protection made, comply
11 with FRCP 26(b)(5).

12     As used herein "writing," "recording" and "photograph"
13 shall have the meaning defined in FRE 1001.

14     The court finds it is just and practicable in this
15 proceeding to apply FRE 502.

17     IT IS SO ORDERED.

                                           */s/ Vaughn R Walker*

                        VAUGHN R WALKER
                        United States District Chief Judge