IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA JOHNSON,　　　　　　　　　　　　　No    C 08-02272 VRW

　　　　Plaintiff,　　　　　　　　　　　　　ORDER

　　　　v

NORTHWEST AIRLINES, INC et al

　　　　Defendant.
_____/

　　　　Defendant Northwest Airlines submitted a letter on November 19 requesting a 60 day extension to the current ENE deadline of January 9, 2009.  Additional time is needed to resolve plaintiff Barbara Johnson's privacy objections to Northwest's medical records subpoenas.  Accordingly, the court extends the ENE deadline to March 10, 2009.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/ Vaughn Walker
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　　　　United States District Chief Judge