1    KYMBERLY E. SPEER (SBN 121703)
     JENNIFER M. JOAQUIN (SBN 197109)
2    KENNEY & MARKOWITZ L.L.P.
     255 California Street, Suite 1300
3    San Francisco, CA 94111
     Telephone:    (415) 397-3100
4    Facsimile:    (415) 397-3170

5    Attorneys for Defendant
     NORTHWEST AIRLINES, INC.

6

7

8                     UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – E-FILING

10                      SAN FRANCISCO DIVISION

11

12

13   BARBARA JOHNSON,                    CASE NO.  C 08-02272 VRW

14          Plaintiff,                   **STIPULATION AND [PROPOSED]
                                         ORDER FOR CONTINUANCE OF ENE
15   v.                                  DEADLINE AND TRIAL DATE**

16   NORTHWEST AIRLINES, INC., et al.,

17          Defendant.

18

19

20          It is hereby stipulated and agreed by and between all parties and their attorneys of record

21   that the ENE deadline of **April 10, 2009**, and the trial date set for **June 22, 2009**, be continued.

22   This Stipulation and Proposed Order is in furtherance of the joint letter the parties e-filed with the

23   Court on March 5, 2009.  As stated in the joint letter and reiterated here, there are very compelling

24   reasons for the requested continuance of the ENE session and trial date:

25          1.   Defendant Northwest Airlines has recently filed a Motion for Leave to File a Third

26               Party Complaint against Pinkerton Government Services and Globe Aviation.  The

27               hearing on this matter is set for **April 16, 2009** at **2:00 p.m.**  The inclusion of

28               Globe Aviation and Pinkerton Government Services as third-party defendants is

                 appropriate in the interests of substantial justice, fairness to the existing parties and

Kenney
&
Markowitz
L.L.P.

1   judicial economy.  Plaintiff will shortly file a joinder in the motion with a proposed

2   counterclaim of her own against those parties.

3   2.  The Parties are still awaiting the Court's decision on the letter briefs they

4   simultaneously filed on January 30, 2009, addressing the degree to which plaintiff's

5   medical records should be produced in light of her privacy objections.  Until the

6   Court rules on this issue, defendant Northwest (and the new third-party defendants)

7   cannot take a meaningful deposition of plaintiff.  Further, a medical record review

8   and an Independent Medical Examination ("IME") cannot go forward without the

9   approved records.

10  3.  The Parties had initially scheduled an ENE session with Ike Lasater for March 19,

11  2009, but they agree that such a session would not be meaningful without the

12  participation of the third-party defendants and without the benefit of plaintiff's

13  deposition and other related discovery.  Evaluator Ike Lasater agrees that an ENE

14  session on March 19, 2009 would not be productive.

15  4.  The Parties request that the trial date be continued until **January 18, 2010**, with the

16  ENE deadline moved to **July 10, 2009**.  These continuances will allow all parties

17  and prospective parties to conduct the discovery necessary to participate in a

18  meaningful ENE and to adequately prepare for trial.

19  **SO STIPULATED.**

22  DATED:  March 17, 2009            **LAW OFFICES OF MICHAEL COHEN**

24                                    By:_____/s/ Michael Cohen_____
25                                        MICHAEL COHEN
                                          Attorneys for Plaintiff
26                                        BARBARA JOHNSON

Kenney
&
Markowitz
L.L.P.

{31199.302014 0137266.DOC}                -2-
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE
C 08-02272 VRW

1

2  DATED: March 17, 2009                 **KENNEY & MARKOWITZ L.L.P**

3                                        By:_____/s/ Jennifer M. Joaquin_____
                                              KYMBERLY E. SPEER
4                                             JENNIFER M. JOAQUIN
                                              ELIZABETH D. RHODES
5                                             Attorneys for Defendant
                                              NORTHWEST AIRLINES, INC.
6

7  **IT IS SO ORDERED.**

8        Pursuant to the stipulation between the parties, this Court finds GOOD CAUSE exists to

9  continue the ENE deadline until **July 10, 2009,** and trial date to **January 18, 2010**.

10

11  DATED___March 23, 2009_____    _____
                                            VAUGHN R. WALKER
12                                  UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Kenney
&       27
Markowitz
L.L.P.   28

{31199.302014 0137266.DOC}              -3-
                          STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE
                          C 08-02272 VRW