| | |
|---|---|
| 1 | KYMBERLY E. SPEER (SBN 121703)<br>JENNIFER M. JOAQUIN (SBN 197109) |
| 2 | KENNEY & MARKOWITZ L.L.P.<br>255 California Street, Suite 1300 |
| 3 | San Francisco, CA 94111<br>Telephone: (415) 397-3100 |
| 4 | Facsimile: (415) 397-3170 |
| 5 | Attorneys for Defendant<br>NORTHWEST AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – E-FILING

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., et al.,<br><br>    Defendant. | CASE NO. C 08-02272 VRW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF PRETRIAL CONFERENCE AND RELATED PRETRIAL DATES** |

It is hereby stipulated and agreed by and between all parties and their attorneys of record that in light of the new trial date of **January 19, 2010**, the pretrial conference and other related pretrial dates, be continued as follows:

1. The Pretrial Conference will now take place on **Thursday, December 17, 2009, at 3:30 p.m.** Not less than **ten days** before the Pretrial Conference (**December 7, 2009**), the following matters shall be accomplished pursuant to Judge Walker's Standing Orders:

    (a) Trial Memoranda;

    (b) Jury Instructions;

    (c) Proposed Findings of Fact;

{31199.302014 0137524.DOC}    -1-
AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DATES
C 08-02272 VRW

   (d)  Exhibits;

   (e)  Witnesses;

   (f)  Designation of Discovery Experts;

   (g)  Objections to Evidence (any response to a motion in limine or objection to evidence shall be filed and served **five days** before the Pretrial Conference or **December 11, 2009**); and

   (h)  Jury Voir Dire and Verdict Forms.

2. Fact Discovery Cutoff will be **September 11, 2009**. (Prior to the discovery cut-off, the parties or their counsel shall meet and confer in good faith to clarify and narrow the issues for trial, arrive at stipulations of fact, simplify and shorten the presentation of proof at trial, and explore possible settlement.)

3. Designation of Experts/Reports will be due **September 11, 2009**.

4. Rebuttal Expert/Reports will be due **September 25, 2009**.

5. Expert Discovery Cutoff will be **October 7, 2009**.

6. Dispositive Motions Hearing will be **Thursday, November 12, 2009, at 2:30 p.m.**

**SO STIPULATED.**

DATED: April 9, 2009   **LAW OFFICES OF MICHAEL COHEN**

By: /s/ Michael Cohen
  MICHAEL COHEN
  Attorneys for Plaintiff
  BARBARA JOHNSON

DATED: April 9, 2009   **KENNEY & MARKOWITZ L.L.P**

By: /s/ Jennifer M. Joaquin
  KYMBERLY E. SPEER
  JENNIFER M. JOAQUIN
  ELIZABETH D. RHODES
  Attorneys for Defendant
  NORTHWEST AIRLINES, INC.

{31199.302014 0137524.DOC} -2-
AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DATES
C 08-02272 VRW

**IT IS SO ORDERED.**

Pursuant to the stipulation between the parties, this Court finds GOOD CAUSE exists to continue the following:

1. The Pretrial Conference will now take place on **Thursday, December 17, 2009, at 3:30 p.m.** Not less than **ten days** before the Pretrial Conference (**December 7, 2009**), the following matters shall be accomplished pursuant to Judge Walker's Standing Orders:

    (a) Trial Memoranda;

    (b) Jury Instructions;

    (c) Proposed Findings of Fact;

    (d) Exhibits;

    (e) Witnesses;

    (f) Designation of Discovery Experts;

    (g) Objections to Evidence (any response to a motion in limine or objection to evidence shall be filed and served **five days** before the Pretrial Conference or **December 11, 2009**); and

    (h) Jury Voir Dire and Verdict Forms.

2. Fact Discovery Cutoff will be **September 11, 2009**. (Prior to the discovery cut-off, the parties or their counsel shall meet and confer in good faith to clarify and narrow the issues for trial, arrive at stipulations of fact, simplify and shorten the presentation of proof at trial, and explore possible settlement.)

3. Designation of Experts/Reports will be due **September 11, 2009**.

4. Rebuttal Expert/Reports will be due **September 25, 2009**.

5. Expert Discovery Cutoff will be **October 7, 2009**.

6. Dispositive Motions Hearing will be **Thursday, November 12, 2009, at 2:30 p.m.**

DATED April 17, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

*Judge Vaughn R Walker*
*IT IS SO ORDERED*

{31199.302014 0137524.DOC}   -3-
AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DATES
C 08-02272 VRW

Kenney & Markowitz L.L.P.