UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

        Plaintiff(s).

v.

NORTHWEST AIRLINES, INC.

        Defendant(s).
_____/

No. C 08-2272 VRW ENE

**ORDER**

      On August 25, 2009, the undersigned received correspondence from defense counsel Elizabeth Rhodes requesting a decision about whether Plaintiff's sister, Ms. Barbara Love, would be permitted to attend an upcoming Early Neutral Evaluation ("ENE").

      The undersigned has reviewed defense counsel's request and Orders that Ms. Love IS PERMITTED TO ATTEND the ENE. One primary purpose of ENE is to give the lawyers and the parties direct access to sources of potentially relevant evidence — in this case, Ms. Love will provide potentially relevant testimony about the nature and extent of emotional damages. Moreover, the notion that attending the ENE will appreciably enhance Ms. Love's ability to tailor testimony about damages (or any other relevant matter) is unpersuasive.

IT IS SO ORDERED.

Dated: August 26, 2009

                                            WAYNE D. BRAZIL
                                            United States Magistrate Judge

United States District Court
For the Northern District of California

1