KYMBERLY E. SPEER (SBN 121703)
ELIZABETH D. RHODES (SBN 218480)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170

Attorneys for Defendant
NORTHWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – E-FILING

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., et al.,<br><br>    Defendant. | CASE NO. C 08-02272 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL AND RELATED PRETRIAL DATES** |

## I. FACTS

1. Due to the unavailability of the original Early Neutral Evaluator, Ike Lasater, on **July 8, 2009** the Court's ADR coordinator assigned the parties a new Evaluator, Philip S. Keith. After conferring with the parties, Mr. Keith scheduled the ENE hearing for **October 20, 2009**, which was the earliest date available among all concerned.

2. New defendant and third-party defendant Globe Airport Services Corporation ("Globe") answered plaintiff's amended Complaint and the Third-Party Complaint of defendant Northwest Airlines, Inc. ("NWA") on **July 28, 2009** and **June 11 2009**, respectively, and so has only just become actively involved in the case.

3. The parties deposed plaintiff on **June 30, 2009** as anticipated by the Court's most recent Case Management Order. The parties seek to benefit from the cost-savings envisioned by

Kenney
&
Markowitz
L.L.P.

ENE process by forestalling other formal discovery as between each other until after the **October 20, 2009** ENE. However, the parties are free to obtain information through subpoenas during this period.

4. If the ENE does not resolve the case, defendants will need to complete an independent medical examination of plaintiff, and the parties will need to re-start the discovery process to prepare for trial.

5. Lead counsel for NWA has a personal conflict with the current trial date, in that her husband is scheduled for knee replacement surgery on January 19, 2010 and will greatly need her assistance when he is released from the hospital shortly after the surgery.

6. The parties' trial calendars unfortunately do not allow for trial-setting earlier than the end of **May, 2010**. (For example, a March 8, 2010 date was considered but had to be rejected because it conflicted with a case already set for trial on one party's trial schedule.)

## II. STIPULATION

Accordingly, in the interest of obtaining maximum benefit from the "early" part of "Early Neutral Evaluation," including the avoidance of attorneys' fees that otherwise will be required from full-bore litigation, and in the earnest hope that the ENE session may accomplish resolution of the case,

**It is hereby stipulated and agreed** by and between all parties and their attorneys of record that the trial date and other pretrial deadlines be rescheduled as follows:

1. The deadline for completing the ENE process is continued to **October 30, 2009.**
2. Trial is set for **May 24, 2010** at **8:30 a.m.**
3. The Pretrial Conference shall be **April 1, 2009** at **3:30 p.m.**
4. Not less than **ten days** before the Pretrial Conference (**March 22, 2010**), the following matters shall be accomplished pursuant to Judge Walker's Standing Orders:
    (a) Trial Memoranda;
    (b) Jury Instructions;
    (c) Proposed Findings of Fact;

**Kenney & Markowitz L.L.P.**

      (d)    Exhibits;

      (e)    Witnesses;

      (f)    Designation of Discovery Experts;

      (g)    Objections to Evidence (any response to a motion in limine or objection to evidence shall be filed and served **five days** before the Pretrial Conference or **March 26, 2010**); and

      (h)    Jury Voir Dire and Verdict Forms.

5. Fact Discovery Cutoff will be **March 12, 2010**. (Prior to the discovery cut-off, the parties or their counsel shall meet and confer in good faith to clarify and narrow the issues for trial, arrive at stipulations of fact, simplify and shorten the presentation of proof at trial, and explore possible settlement.)

6. Designation of Experts/Reports will be due **March 25, 2010**.

7. Rebuttal Expert/Reports will be due **April 1, 2010**.

8. Expert Discovery Cutoff will be **April 30, 2010**.

9. Last day for hearing dispositive motions will be **Thursday, March 25, 2010, at 2:30 p.m.**

**SO STIPULATED.**

DATED: September 31, 2009

**LAW OFFICES OF MICHAEL COHEN**

By: _____/s/_____
    MICHAEL COHEN
    Attorneys for Plaintiff
    BARBARA JOHNSON

DATED: September 31, 2009

**KENNEY & MARKOWITZ L.L.P**

By _____/s/_____
    KYMBERLY E. SPEER
    ELIZABETH D. RHODES
    Attorneys for Defendant and Third-Party Plaintiff
    NORTHWEST AIRLINES, INC.

DATED: September 31, 2009

**KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP**

By:_____/s/_____
    JAMES C. KRIEG
    OWEN J. RESCHER
    Attorneys for Defendant and Third-Party Defendant
    GLOBE AIRPORT SERVICES CORPORATION

**[PROPOSED]**

**ORDER**

Pursuant to the stipulation between the parties, this Court finds GOOD CAUSE exists to continue the trial and pretrial dates, and accordingly**:**

1. The deadline for completing the ENE process is continued to **October 30, 2009.**

2. Trial is set for **May 24, 2010** at **8:30 a.m.**

3. The Pretrial Conference shall be **April 1,** ~~2009~~ 2010 at **3:30 p.m.**

4. Not less than **ten days** before the Pretrial Conference (**March 22, 2010**), the following matters shall be accomplished pursuant to Judge Walker's Standing Orders: .

    (a) Trial Memoranda;

    (b) Jury Instructions;

    (c) Proposed Findings of Fact;

    (d) Exhibits;

    (e) Witnesses;

    (f) Designation of Discovery Experts;

    (g) Objections to Evidence (any response to a motion in limine or objection to evidence shall be filed and served **five days** before the

1 | Pretrial Conference or **March 26, 2010**); and

2 | (h) Jury Voir Dire and Verdict Forms.

3 | 5. Fact Discovery Cutoff will be **March 12, 2010**.  (Prior to the discovery cut-off, the parties or their counsel shall meet and confer in good faith to clarify and narrow the issues for trial, arrive at stipulations of fact, simplify and shorten the presentation of proof at trial, and explore possible settlement.)

6. Designation of Experts/Reports will be due **March 25, 2010**.

7. Rebuttal Expert/Reports will be due **April 1, 2010**.

8. Expert Discovery Cutoff will be **April 30, 2010**.

9. Last day for hearing dispositive motions will be **Thursday, March 25, 2010, at** ~~2:30 p.m.~~ 10:00 a.m.

**IT IS SO ORDERED**

DATED  9/4/2009

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

Kenney & Markowitz L.L.P.

{31199.302014 0138808.DOC}                -5-
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF
TRIAL AND RELATED PRETRIAL DATES
C 08-02272 VRW