IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA JOHNSON,                           No   C 08-2272 VRW

    Plaintiff,                       ORDER

    v

NORTHWEST AIRLINES, INC et al

    Defendant.
_____/

        On December 17, 2009, plaintiff's counsel submitted a declaration (Doc #76) under FRCP 56(f) in response to defendant Globe Aviation Services Corporation's ("Globe") motion for summary judgment (Doc #68). On December 23, Globe replied to plaintiff's declaration, arguing that plaintiff's FRCP 56(f) request is unjustified. Doc #78. Having considered the parties' submissions, the court HEREBY ORDERS plaintiff and Globe to appear at the hearing previously scheduled for January 7, 2010 and discuss the merits of plaintiff's FRCP 56(f) declaration. Specifically, plaintiff's counsel should be prepared to discuss precisely the discovery necessary to prepare for a timely hearing on both Northwest Airline's and Globe's motions for summary judgment.

In light of plaintiff's FRCP 56(f) declaration and because the facts involved and issues to be decided in the motions for summary judgment submitted by defendants Northwest Airlines, Inc (Doc #61) and Globe (Doc #68) are substantially similar, the court, in the interest of judicial economy, CONTINUES both motions to a later date.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge