IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA JOHNSON,                          No    C 08-2272 VRW

    Plaintiff,                     ORDER

    v

NORTHWEST AIRLINES, INC et al

    Defendant.
_____/

    In opposition to defendant Globe Aviation Services Corporation's ("Globe") motion for summary judgment, (Doc #68), plaintiff requests a continuance pursuant to FRCP 56(f) to allow her to conduct further discovery.

    Rule 56(f) provides that "[i]f a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may * * * order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken." To obtain a continuance under Rule 56(f), parties must establish: "(1) that they have set forth in affidavit form the specific facts that they hope to elicit from further discovery, (2) that the facts sought exist, and (3) that these sought-after facts are 'essential'

to resist the summary judgment motion." State of Cal v Campbell, 138 F3d 772, 779 (9th Cir 1998).

While it is true that plaintiff's declaration sets forth her alleged difficulties in obtaining discovery from Globe, plaintiff fails to identify any specific facts or particular factual issues material to her opposition that she hopes further discovery would produce. At a hearing on January 7, 2010, plaintiff's counsel was given an opportunity to supplement his claim that further discovery was necessary in order to oppose Globe's summary judgment motion. Counsel again failed to identify specific information that further discovery would likely produce.

Because plaintiff has failed to comply with the requirements of FRCP 56(f) in that she did not specify what evidence she sought to discover that might have precluded summary judgment, plaintiff's FRCP 56(f) declaration fails to justify her failure to oppose Globe's summary judgment motion.

Plaintiff shall file her opposition to Globe's motion for summary judgment on or before February 11, 2010. Globe may file its reply on or before February 25, 2010, at which time the matter will be submitted with no further hearing unless ordered by the court.

Northwest Airlines' motion for summary judgment will be heard at 10 AM on March 11, 2010.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

2