IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JOHNSON, | No C 08-2272 VRW |
| Plaintiff, | ORDER |
| v | |
| NORTHWEST AIRLINES, INC et al | |
| Defendant. | |

The court is in receipt of letters submitted by the parties on January 11, 2010 addressing plaintiff's request for shortened time to obtain certain discovery responses. Docs #86, 87, 88. Having considered the parties' respective positions, the court grants plaintiff leave to file a motion to compel. In that motion, plaintiff must identify not only the requests for production or admission that she seeks responses to, but also the specific fact issues that plaintiff expects that discovery will produce enabling her to oppose defendant Globe's motion for summary judgment. For the reasons set forth in the court's January 8, 2010 order (Doc #85), it is insufficient for plaintiff's counsel to

state, as he did in his letter of 11 January (Doc #86), that "Facts directly relevant to the event, Globe's Affirmative defenses, or The relationship between Northwest and Global" warrant such discovery. Doc #86 at 2.

IT IS SO ORDERED.

                                             /s/ Vaughn R Walker
                                             VAUGHN R WALKER
                                             United States District Chief Judge