UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JOHNSON, | No. C-08-2272 VRW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE SCHEDULING RE PLAINTIFF'S MOTION TO COMPEL** |
| NORTHWEST AIRLINES, INC., *et al.*, | |
| Defendants. _____/ | **(Docket No. 90)** |

Plaintiff has filed a motion to compel, which Judge Walker has referred to the undersigned for resolution. *See* Docket No. 95 (referral). The parties have agreed to, and the Court hereby sets, the following briefing and hearing schedule.

(1) Plaintiff's motion to compel shall be heard on February 10, 2010, at 10:30 a.m. Defendants' oppositions to the motion to compel shall be filed and served by February 8, 2010. There shall be no reply.

(2) The February 11, 2010, date for Plaintiff's opposition to Globe's motion for summary judgment is VACATED. At the February 10 hearing on Plaintiff's motion to compel, the Court will discuss with the parties resetting the briefing date for Plaintiff's opposition to the motion for summary judgment, as well as Globe's reply.

///
///
///
///

(3) The above schedule shall have no effect on Northwest's motion for summary judgment, which remains set for hearing on March 11, 2010.

IT IS SO ORDERED.

Dated: February 4, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge