Michael Cohen - #98066
LAW OFFICES OF BRUCE E. KRELL
345 Grove Street
San Francisco, CA 94102
415/861-4414
Fax: 415/431-4526

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

BARBARA JOHNSON,               No. C 08-2272 VRW

    Plaintiff,               STIPULATION AND ~~PROPOSED~~ ORDER TO
                                CONTINUE PRETRIAL CONFERENCE

vs.

NORTHWEST AIRLINES,
INC., et al.,

    Defendant.
_____/

STIPULATION

WHEREAS:

The Court's Order on the herein Summary Judgment motions is pending;

The parties have stipulated to extend the pretrial filing and related deadlines, and the Court's Order on that stipulation is pending; and

The parties did not stipulate to continue the Pretrial Conference date, such that, as matters stand, the Pretrial Conference is still set for a date before any pretrial papers are filed,

THEREFORE, having consulted with the Court's Clerk on an appropriate date, the parties hereby stipulate to continue the Pretrial Conference to May 6, 2010, at 3:30 P.M.

DATED: 3/30/10                DATED: 3/30/10

KENNEY & MARKOWITZ           KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP

By ____/S/_____       By _____/S/_____
   Kym Speer                     Mary Reilley

1

DATED: 3/30/10

   /S/
MICHAEL COHEN

(Proposed) ORDER

Pursuant to the stipulation between the parties, this Court finds GOOD CAUSE exists to continue the Pretrial Conference date, and accordingly:

The Pretrial Conference herein is continued to May 6, 2010, at 3:30 P.M.

IT IS SO ORDERED

DATED:  3/31/2010

Judge Vaughn R Walker

Hon. Vaughn R. Walker
United States District Court Judge

Stipulation and Proposed Order to Continue Pretrial Conference Date