IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA JOHNSON,                                No   C 08-2272 VRW

    Plaintiff,                                   ORDER

    v

NORTHWEST AIRLINES, INC et al

    Defendant.
_____/

    In preparation for the pre-trial conference, defendant Northwest Airlines is ORDERED to submit, on or before May 3, 2010, the computer reservation system record referred to in paragraph two (2) of the declaration of Chuck Hines.  Doc #64.

    IT IS SO ORDERED.

    VAUGHN R WALKER
    United States District Chief Judge